| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF: SUMMONS, COMPLAINT<br>EFFECTED (1) BY ME: OUT OF STATE<br>TITLE: PROCESS SERVER | | DATE: |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

FIRST CAPITAL INTERNATIONAL, INC

Place where served:

5120 Woodway Dr., Suite 9000, Houston, TX 77056

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: RECEPTIONIST/SECRETARY

Description of person accepting service:

SEX: F  AGE: 25  HEIGHT: 5'5"  WEIGHT: 135 LBS  SKIN: White  HAIR: BLK  OTHER: ASIAN

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/12/20 08

Andy W. Litimore L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   ALEXANDER PERCHEKLY, ESQ
PLAINTIFF:  VIRAGE CONSULTING LTD
DEFENDANT:  FIRST CAPITAL INTERNATIONAL, INC, ET AL
VENUE:      DISTRICT OF NEW YORK
DOCKET:     08 CV 4886

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE

SERVICE OF: SUMMONS, COMPLAINT
EFFECTED (1) BY ME: OUT OF STATE
TITLE: PROCESS SERVER
DATE:

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

[X] Served personally upon the defendant
ALEX GENIN

Place where served:
5120 WOODWAY DR., SUITE 9000, HOUSTON, TX 77056

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: RECEPTIONIST / SECRETARY

Description of person accepting service:
SEX: F  AGE: 25  HEIGHT: 5'5"  WEIGHT: 135 LBS.  SKIN: WHITE  HAIR: BLACK  OTHER: ASIAN

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

STATEMENT OF SERVER

TRAVEL $ ____   SERVICES $ ____   TOTAL $ ____

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 06/12/2008

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: ALEXANDER PERCHEKLY, ESQ
PLAINTIFF: VIRAGE CONSULTING LTD
DEFENDANT: FIRST CAPITAL INTERNATIONAL, INC, ET AL
VENUE: DISTRICT OF NEW YORK
DOCKET: 08 CV 4886

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.