| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT**<br>EFFECTED (1) BY ME: **OUT OF STATE** Ontry Patten<br>TITLE: **PROCESS SERVER** | DATE: July 16, 2008 at 9:30 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

FIRST CAPITAL INTERNATIONAL INC, C/O SECRETARY OF STATE  – Accepted by Catrina Harris, Authorized Agent

Place where served:
DE Secretary of State – 401 Federal St., Suite 4, Dover, DE 19901

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left.

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 27   HEIGHT: 5'4"   WEIGHT: 126   SKIN: Blk   HAIR: Blk   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/17/20 08

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   ALEXANDER PERCHEKLY, ESQ
PLAINTIFF:   VIRAGE CONSULTING LTD
DEFENDANT:  FIRST CAPITAL INTERNATIONAL, INC, ET AL
VENUE:      DISTRICT OF NEW YORK
DOCKET:     08 CV 4886

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.