**SESTI & PERCHEKLY LLP**

Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 6 2008

August 4, 2008

VIA FACIMILIE (212) 805-6737

Judge George B. Daniels
United States District Court
Southern District of NY
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**
The conference is adjourned to
September 4, 2008 at 9:30 a.m.

*George B. Daniels*

**HON. GEORGE B. DANIELS**
AUG 6 2008

Re: Virage Consulting Ltd. v. First Capital
International, Inc. & Alex Gerin
USDC, Southern District of NY
Docket No.: 08 cv 4886
Our File No.: M1026

Dear Sir or Madam:

The above firm represents the plaintiff, Virage Consulting Ltd. in the above-referenced matter.

As per my telephone conversation with the Law Clerk, Heather, the initial pre-trial conference scheduled for August 7, 2008, was adjourned to September 4, 2008 at 9:30 a.m.

Thank you for your attention to this matter.

Very truly yours,

SESTI & PERCHEKLY LLP

By: _____
Alexander Perchekly

747 Third Avenue, 37th Floor, New York, New York 10017  |  t: 212.888.5361 f: 212.888.5383